[No. 31941-5-III.   Division Three.   April 9, 2015.]

SPOKANE COUNTY, *Respondent*, v. EASTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD, *Intervenor*, FIVE MILE PRARIE NEIGHBORHOOD ASSOCIATION ET AL., *Appellants*, HARLEY C. DOUGLAS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-03759-5, Kathleen M. O'Connor, J., entered August 14, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31946-6-III.   Division Three.   April 9, 2015.]

DONALD R. RUSSELL, *Respondent*, v. JOSHUA T. AUAYAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 12-2-00122-5, Allen Nielson, J., entered August 20, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.